**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Jorge Ivan Aguilar          JOINT DEBTOR: Adriana Patricia Rojas  CASE NO.: 15-28031-JKO
Last Four Digits of SS# 5996        Last Four Digits of SS# 7176

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ___60___ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.  $ 289.60       for months   1   to   60  ;
B.  $              for months       to        ;
C.  $              for months       to        ; in order to pay the following creditors:

Administrative:   Attorney's Fee - $ 4,500.00 +150.00 Costs = $4,650.00 TOTAL PAID $1,100.00
                  Balance Due-  $ 3,550.00
                  Payable       $ 153.27 /month  (Months   1   to   5 )
                  Payable       $  92.79 /month  (Months   6   to  60 )

Secured Creditors:  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1.   Superauto Auto Sales, Inc          Vehicle payoff $ 8,646.00
Address:  75 E 49 ST
          Hialeah, FL 33013             Payment   $100.00/month  (Months  1  to  5 )
Account No: 1HGCP26398A074210           Payment   $148.11/month  (Months  6  to 60 )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  | 0.00% | $0.00 | 1 To 60 | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. Internal Revenue Services    Total Due $ 600.00
                                Payable  $ 10.00 /month  (Months 1 to 60 )

Unsecured Creditors:  Pay $ 12.37 month  (Months 6 to 35 ), $ 105.16 month  (Months 36 to 60 )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:   "Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the plan up to 100% of allowed unsecured claims."
I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s/_____                           _____/s/_____
Debtor                                        Joint Debtor
Date:  10/10/2015                             Date:  10/10/2015

LF-31 (rev. 01/08/10)