**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:                                                                          CASE NO.: 15-28031-JKO
                                                                                               CHAPTER 13

Jorge Ivan Aguilar
SSN: XXX-XX-5996
Adriana Patricia Rojas
SSN: XXX-XX-7176

        Debtors
_____/

**MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN**

COME NOW, the Debtors, Jorge Ivan Aguilar and Adriana Patricia Rojas, by and through the undersigned counsel and files this Motion to Modify Chapter 13 Plan and states as follows:

1. That the Debtors filed a petition for relief under Chapter of the Bankruptcy Code on October 9, 2015.

2. The Debtors' Chapter 13 Plan was confirmed on January 4, 2016.

3. That the Debtor has fallen behind in the monthly payments.

4. That the Debtors wish to modify the plan in order to become current with the plan payments.

5. That the proposed First Modified Plan brings the Debtors current.

WHEREFORE, the Debtors, Jorge Ivan Aguilar and Adriana Patricia Rojas, respectfully request that this Court enter an order GRANTING the Motion to Modify.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

                                                                                                  /s
                                               Patrick L. Cordero, Esq.
                                               Attorney for the Debtor
                                               Law Offices of Patrick L. Cordero, P.A.
                                               7333 Coral Way
                                               Miami, FL 33155
                                               Tel: 305- 445-4855/Florida Bar No. 801992