UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                                                    CASE NO.: 15-28031-JKO
                                                                                          CHAPTER 13

Jorge Ivan Aguilar
SSN: XXX-XX-5996
Adriana Patricia Rojas
SSN: XXX-XX-7176

                        Debtors
_____/

## SUPPLEMENTAL FEE DISCLOSURE

COMES NOW, Patrick L. Cordero, attorney for the Debtor(s), and files this Supplemental Fee Disclosure and states as follows:

1. That the Debtor(s) has requested and believes that the following services, which are not contemplated by the original fee agreement between the Debtor(s) and the attorney for the Debtor(s), are reasonable and necessary: *Motion to Modify Chapter 13 Plan.*

2. That for these services, counsel for the Debtor(s), Patrick L. Cordero, P.A., has received a fee of $ 500.00 + $25.00 Cost.

3. That Patrick L. Cordero, P.A. has not agreed to share the above-disclosed compensation with person(s) who are not members or associates of Patrick L. Cordero, P.A.

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court set forth in Local Rule 2090-1 (A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by electronic transmission to Robin R. Weiner, Trustee on April 15, 2016.

Respectfully submitted:

_____/s_____

Patrick L. Cordero, Esq.
Attorney for the Debtor
Law Offices of Patrick L. Cordero, P.A.
7333 Coral Way
Miami, FL 33155
Tel:  305- 445-4855/Florida Bar No. 801992