UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

                                      **CASE NO.: 15-28031-BKC-JKO**
                                      PROCEEDING UNDER CHAPTER 13

IN RE:

JORGE IVAN AGUILAR
XXX-XX-5996
ADRIANA PATRICIA ROJAS
XXX-XX-7176

DEBTORS                        /

## CERTIFICATE OF SERVICE

### ORDER GRANTING DEBTORS' MOTION TO MODIFY THE CHAPTER 13 PLAN DE #35

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of the Pleading noted above was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 17th day of May, 2016.

                                          */s/ Robin R. Weiner*
                                          ROBIN R. WEINER, ESQUIRE
                                          STANDING CHAPTER 13 TRUSTEE
                                          P.O. BOX 559007
                                          FORT LAUDERDALE, FL 33355-9007
                                          TELEPHONE: 954-382-2001
                                          FLORIDA BAR NO.: 861154

CERTIFICATE OF SERVICE
CASE NO.: 15-28031-BKC-JKO

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTORS**
JORGE IVAN AGUILAR
ADRIANA PATRICIA ROJAS
201 RACQUET CLUB RD #N320
WESTON, FL  33326

**ATTORNEY FOR DEBTORS**
PATRICK L. CORDERO, ESQUIRE
7333 CORAL WAY
MIAMI, FL  33155