UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 15-28031-BKC-JKO
PROCEEDING UNDER CHAPTER 13

IN RE:

JORGE IVAN AGUILAR
XXX-XX-5996
ADRIANA PATRICIA ROJAS
XXX-XX-7176

DEBTORS_____/

### TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

**COMES NOW**, Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion to Dismiss pursuant to 11 U.S.C. §1307(c) for the reason(s) set forth below:

1. Failure to timely provide current tax returns to Trustee pursuant to the Confirmation Order;

**WHEREFORE**, your movant recommends it is in the best interest of the creditors and the estate that this petition under Chapter 13 be dismissed.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Dismiss and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 31st day of August, 2016.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

MOTION TO DISMISS
CASE NO.:  15-28031-BKC-JKO

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTORS**
JORGE IVAN AGUILAR
ADRIANA PATRICIA ROJAS
201  RACQUET CLUB RD #N320
WESTON, FL  33326

**ATTORNEY FOR DEBTORS**
PATRICK L. CORDERO, ESQUIRE
7333 CORAL WAY
MIAMI, FL  33155

**CREDITOR(S)**
ACCOUNT RESOLUTION SERVICES
1643 HARRISON PKWY
STE 100
FORT LAUDERDALE, FL  33323

AMERICAN HONDA FINANCE CORPORATION
POB 168088
IRVING, TX  75016-8088

AMERICAN INFOSOURCE LP
C/O T MOBILE/T-MOBILE USA, INC.
POB 248848
OKLAHOMA CITY, OK  73124

AMERICAN INFOSOURCE LP
C/O VERIZON
POB 248838
OKLAHOMA CITY, OK  73124

ARS /ACCOUNT RESOLUTION SERVICES
1801 NW 66TH AVE
FORT LAUDERDALE, FL  33313

ASHLEY FUNDING SERVICES
C/O RESURGENT CAPITAL SERVICE
POB 10587
GREENVILLE, SC  29603

ASPIRE VISA


AT&T
333 COMMERCE STREET
FLOOR 20
NASHVILLE, TN  37201

ATLAS ACQUISITIONS LLC
294 UNION STREET
HACKENSACK, NJ  07601

BROWARD COLLEGE
111 E LAS OLAS BLVD
FT LAUDERDALE, FL  33301

C&R FINANCE CORP
75 E 49TH ST
HIALEAH, FL  33013

CAPITAL ONE
POB 30253
SALT LAKE CITY, UT  84130

CAPITAL ONE
POB 30285
SALT LAKE CITY, UT  84130

CAPITAL ONE AUTO FINANCE
3905 NORTH DALLAS PARKWAY
PLANO, TX  75093

CAPITAL ONE AUTO FINANCE
C/O ASCENSION CAPITAL GROUP
POB 201347
ARLINGTON, TX  76006

CAPITAL ONE AUTO FINANCE
POB 201347
ARLINGTON, TX  76006

CHASE
POB 15298
WILIMINGTON, DE  19850

COMENITY BANK
POB 182686
COLUMBUS, OH  43218

COMENITY BANK/LANE BRYANT
PO BOX 182686
COLUMBUS, OH  43213

COMENITY BANK/VICTORIAS SECRET
PO BOX 182686
COLUMBUS, OH  43215

CONSERVE
200 CROSS KEYS OFFICE PA
FAIRPORT, NY  14450

CREDIT ONE BANK
POB 98872
LAS VEGAS, NV  89193

CREDIT ONE BANK
POB 98873
LAS VEGAS, NV  89193

DELL FINANCIAL SERVICES
POB 81577
AUSTIN, TX  78708

DEPARTMENT STORE NATIONAL BANK
C/O QUANTUM3 GROUP LLC
POB 657
KIRKLAND, WA  98083

DEPT OF ED/NAVIENT
POB 9635
WILKES BARRE, PA  18773

DIVERSIFIED
10550 DEERWOOD PARK BLVD
JACKSONVILLE, FL  32256

ENHANCED RECOVERY
8014 BAYBERRY ROAD
JACKSONVILLE, FL  32256

ER SOLUTIONS/CONVERGENT
POB 9004
RENTON, WA  98057

GULFSTREAM MOTOR CREDIT
16400 S DIXIE HWY
MIAMI, FL  33157

HONORABLE ERIC HOLDER
ATTORNEY GENERAL OF THE U.S.
950 PENNSYLVANIA AVE NW #4400
WASHINGTON, DC  20530

HONORABLE WILFREDO A. FERRER
US ATTORNEY FOR SOUTHERN DISTRICT
99 NE 4 ST
MIAMI, FL  33132

IC SYSTEM, INC.
444 HIGHWAY 96
EAST BOX 64378
ST. PAUL, MN  55164-0378

INPHYNET SOUTH BROWARD
POB 189018
PLANTATION, FL  33318

INTERNAL REVENUE SERVICE
INSOLVENCY SUPPORT GROUP UNIT 1
7850 SW 6TH COURT
ROOM 165 STOP 5730
PLANTATION, FL  33324

INTERNAL REVENUE SERVICE
POB 21126
CENTRALIZED INSOLVENCY OPERATIONS
PHILADELPHIA, PA  19114-0326

INTERNAL REVENUE SERVICE
POB 7346
PHILADELPHIA, PA  19101-7346

MARIAN GARZA
C/O ASCENSION CAPITAL GROUP
POB 201347
ARLINGTON, TX  76006

MERRICK BANK
C/O RESURGENT CAPITAL SERVICES
POB 10368
GREENVILLE, SC  29603

MERRICK BANK VISA
POB 9201
OLD BETHPAGE, NY  11804

METROPOLITAN METHODIST HOSPITAL
C/O RESURGENT CAPITAL SERVICES
POB 1927
GREENVILLE, SC  29602

MIDLAND FUNDING LLC
2365 NORTHSIDE DRI
SAN DIEGO, CA  92108

MIDLAND FUNDING, LLC
C/O MIDLAND CREDIT MANAGEMENT, INC
POB 2011
WARREN, MI  48090

NAVIENT SOLUTIONS, INC.
C/O DEPARTMENT OF EDUCATION SERVICING
POB 740351
ATLANTA, GA  30374-0351

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 12914
NORFOLK, VA  23541

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
NORFOLK, VA  23541

QUANTUM 3 GROUP, LLC
C/O COMENITY BANK
POB 788
KIRKLAND, WA  98083

SALLIE MAE
POB 9500
WILKES BARRE, PA  18773-9500

MOTION TO DISMISS
CASE NO.:  15-28031-BKC-JKO

SPRINT
6391 SPRINT PKWY
OVERLAND PARK, KS  66251-6100

SPRINT CORP.
C/O BANKRUPTCY DEPARTMENT
POB 7949
OVERLAND PARK, KS  66207

SPRINT CORP.
C/O BANKRUPTCY DEPT
POB 3326
ENGLEWOOD, CO  80155-3326

SUPERAUTO AUTO SALES, INC
75 E 49 ST
HIALEAH, FL  33013

SYNCB/WALMART
PO BOX 103104
ROSWELL, GA  30076

SYNCHRONY BANK/HH GREGG
POB 103104
ROSWELL, GA  30076

T-MOBILE
PO BOX 37380
ALBUGUERQUE, NM  87176-7380

UNITED STATES TREASURY
POB 7317
PHILADELPHIA, PA  19101-7317

VERIZON
500 TECHNOLOGY DR
#550
WELDON SPRINGS, MO  63304

WELLS FARGO BANK PYMT PROCESS
P.O.BOX 45038
JACKSONVILLE, FL  32232

WELLS FARGO BANK, NA
POB 6995
PORTLAND, OR  97228